ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2:07-cv-02156(JFK)

| Sahu et al, | |
|---|---|
| | Plaintiff |
| -against- | |
| Union Carbide Corp. et al, | |
| | Defendant |

**MINUTE ORDER PURSUANT TO MEMORANDUM FROM THE ADMINISTRATIVE OFFICE OF THE U.S. COURTS, DATED JUNE 15TH, 1973**

    The attached list of cases having been pending for more than three years, all presently contemplated proceedings having been completed, and there having been no action for more than twelve months, there appears to be no further reason at this time to maintain these files as open for statistical purposes, the Clerk is instructed to complete a JS-6 closing report for each case.

    Nothing contained in this minute order shall be considered a dismissal or disposition of these matters, and should further proceedings in them become necessary or desirable, any party may initiate it in the same manner as if this minute order had not been entered.

SO ORDERED:
DATED: New York, N.Y.
         December 3, 2012

_____
Chief Judge

## THREE YEAR OLD CASE LIST

| JUDGE | CASE NUMBER | PLAINTIFF | DEFENDANT | DATE FILED |
|---|---|---|---|---|
| Engelmayer | 1:09-cv-03743 (PAE) | Brooks | Filene's Basement et al | 04/13/2009 |
| Engelmayer | 1:09-cv-06416 (PAE) | Polese et al | Verified Identity Pass, Inc. et al | 07/17/2009 |
| Engelmayer | 1:09-cv-06669 (PAE) | Meddles | Verified Identity Pass,Inc.et al | 07/27/2009 |
| Engelmayer | 1:09-cv-06670 (PAE) | Fensterstock et al | Verified Identity Pass, Inc. et al | 07/27/2009 |
| Engelmayer | 1:09-cv-06678 (PAE) | Harwood | Verified Identity Pass, Inc. | 07/28/2009 |
| Engelmayer | 1:09-cv-06694 (PAE) | Friedman et al | Verified Identity Pass, Inc. et al | 07/28/2009 |
| Engelmayer | 1:09-cv-06947 (PAE) | Dukes | Verfied Identify Pass,Inc. | 08/06/2009 |
| Engelmayer | 1:09-cv-07879 (PAE) | Koschitzki | Verified Identity Pass, Inc. | 09/14/2009 |
| Engelmayer | 1:09-cv-08366 (PAE) | Aldrich | Verified Identity Pass Inc. | 10/02/2009 |
| Engelmayer | 1:09-cv-08505 (PAE) | Hall | Verified Identity Pass, Inc | 10/06/2009 |
| Engelmayer | 2:09-cv-00413 (PAE) | Designer License Holding Company, LLC | The Resource Club, Ltd. | 01/15/2009 |
| Engelmayer | 2:09-cv-05951 (PAE) | In Re:Verified Identity Pass, Inc. Consumer Litigation | | 06/29/2009 |
| Keenan | 1:08-cv-7140(JFK) | Glenclova Investment Co. | Trans-Resources, Inc. et al | 08/11/2008 |
| Keenan | 2:07-cv-02156(JFK) | Sahu et al | Union Carbide Corp. et al | 03/13/2007 |
| Sand | 1:09-cv-08543 (LBS) | Ramirez | USA | 10/07/2009 |

1