UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

JAGARNATH SAHU, OHMWATI BAI, MOHAN LAL SEN, QAMAR SULTAN, MEENU RAWAT and MAKSOOD AHMED, on behalf of themselves and all others similarly situated,

      Plaintiffs,

- against -

UNION CARBIDE CORPORATION and WARREN ANDERSON,

      Defendants.

-------------------------------------x

Index No. 07-cv-2156-JFK

[PROPOSED] ORDER FOR ADMISSION OF RICHARD L. HERZ *PRO HAC VICE* ON WRITTEN MOTION

The motion of Richard L. Herz for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of New York and that his contact information is:

> Richard L. Herz, Esq.
> Earth Rights International
> 1612 K Street, Suite 401
> Washington, DC 20006
> (860) 233-4938
> rick@earthrights.org

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10-1-13

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs JAGARNATH SAHU *et. al.* in the above entitled action;

**IT IS HEREBY ORDERED THAT** applicant is admitted to practice *pro hac vice* as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 10/1/13

           */s/ John F. Keenan*
           United States District Judge