USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-21-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
JAGARNATH SAHU, et al.,                :
                                       :
                    Plaintiffs,        :
                                       :
          v.                           :      No. 07 Civ. 2156
                                       :         **ORDER**
UNION CARBIDE CORPORATION, et al.,     :
                                       :
                    Defendants.        :
-------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

On February 14, 2014, Plaintiff submitted a letter requesting a pre-motion conference in connection with a proposed motion for leave to take an early deposition. By letter dated February 18, 2014, Defendant opposed Plaintiff's request. The Court has received and reviewed both submissions.

The pre-motion conference is waived, and the Court will entertain Plaintiff's proposed motion. Because it appears from the submissions that the parties are prepared to litigate this matter, Plaintiff's motion must be served by Friday, February 28, 2014. Defendant's response is due no later than Friday, March 7, 2014. Plaintiff's reply, if any, must be filed by Wednesday, March 12, 2014.

**SO ORDERED.**

Dated:    New York, New York
          February 21, 2014

                                      _____
                                      John F. Keenan
                                      United States District Judge